Argued before FREEDMAN and TRUAX, JJ.

*Shipman, Barlow, Larocque & Choate,* for appellant. *S. H. Randall,* for respondent.

PER CURIAM. Upon the whole case no error appears which constitutes ground for reversal; nor can it be held that the verdict is excessive. The judgment and order should be affirmed, with costs.

---

HUXFORD, Respondent, *v.* STODDART, Appellant.

*(Superior Court of New York City, General Term. June 27, 1890.)*

Appeal from jury term.

Action by Samuel H. Huxford against Matilda S. Stoddart.

Argued before FREEDMAN and O'GORMAN, JJ.

*Alex. Thain* and *George William Hart, Jr.,* for appellant. *Truax & Crandall,* for respondent.

FREEDMAN, J. This is an action to recover for services as a real-estate broker in procuring for the defendant a purchaser of her farm and of certain personal property. Plaintiff's claim that he was procuring cause of the sale, under an employment as broker for that purpose, appears to have been sharply contested at the trial, and it was submitted to the jury under a charge which carefully guarded all the rights of the defendant. The record discloses no error constituting, under the circumstances of the case, ground for reversal. The judgment and order should be affirmed, with costs.

---

IRWIN, Appellant, *v.* Brown *et al.,* Respondents.

*(Superior Court of New York City, General Term. June 27, 1890.)*

Appeal from special term.

Action by Robert J. Irwin against Edward M. Brown and another.

Argued before FREEDMAN and TRUAX, JJ.

*Martin & Smith,* for appellant. *Hoffman Miller,* for respondents.

PER CURIAM. The order should be affirmed, with $10 costs and disbursements.

---

NOLTE, Respondent, *v.* MANHATTAN RY. Co., Appellant.

*(Superior Court of New York City, General Term. June 27, 1890.)*

Appeal from jury term.

Action by Albert Nolte against the Manhattan Railway Company.

Argued before FREEDMAN and TRUAX, JJ.

*Davies & Rapallo,* for appellant. *Charles Steckler,* for respondent.

FREEDMAN, J. The record discloses no error which under all the circumstances constitutes ground for reversal, nor can it be held that the verdict is excessive. The judgment and order should be affirmed, with costs.

---

PETERSON, Appellant, *v.* SWAN, Respondent.

*(Superior Court of New York City, General Term. June 27, 1890.)*

Appeal from jury term.

Action by John Peterson against John Swan.

Argued before FREEDMAN and INGRAHAM, JJ.